UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREDERICO J. BELL,

    Plaintiff,

v.                                                    Case No. 11-C-0599

AFFINITY HEALTH SYSTEMS,

    Defendant.

**ORDER**

Plaintiff has filed an action against defendant Affinity Health Systems, claiming it wrongfully denied him pain medication. With his complaint he has filed a motion for leave to proceed *in forma pauperis* along with his declaration of assets and income. From these filings, it is unclear whether Mr. Bell is indigent. Generally speaking, *in forma pauperis* status is reserved for those plaintiffs who are incarcerated or who have almost no means at their disposal. *See* 28 U.S.C. § 1915.

Here, the plaintiff indicates that he has $1,250 in monthly income but it is unclear what monthly expenses, if any, plaintiff actually pays. He fails to itemize any monthly expenses on page 5 of the form he submitted. Nor does he state the date he last worked or his income on page 3 of the form. The petition and affidavit to proceed *in forma pauperis* is not a mere technicality. In order for this Court to assess whether plaintiff qualifies to proceed *in forma pauperis*, plaintiff must provide the Court with sufficient information on his income and expenses. In its current state, plaintiff's petition and affidavit fails to provide such basic information.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is **denied** without prejudice**.** Plaintiff's lawsuit will be dismissed within 21 days of the date of this order unless plaintiff either pays the required $350 filing fee or submits a complete petition and affidavit detailing his monthly expenses.

**SO ORDERED** this   23rd   day of June, 2011.

                                                 s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge